HANSON BRIDGETT LLP
ROBERT W. O'CONNOR, SBN 96547
roc@hansonbridgett.com
JOHN W. KLOTSCHE, SBN 257992
jklotsche@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for FOUGHT & COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, for the use and benefit of The Erection Company, Inc.,<br><br>                    Plaintiff,<br><br>         v.<br><br>TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, a Connecticut Surety corporation; LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Surety corporation; and FOUGHT & COMPANY, INC., an Oregon corporation,<br><br>                    Defendants. | CASE NO. 5:15-cv-00125-PSG<br><br>**STIPULATION TO RELATE CASES [~~PROPOSED~~] ORDER** |

Walsh/DeMaria Joint Venture V, Walsh Construction Company, The Walsh Group Ltd., DeMaria Building Company, Inc., (collectively "Walsh") Travelers Casualty and Surety Company of America ("Travelers"), Liberty Mutual Insurance Company ("Liberty"), J.R. Conkey & Associates, Inc. ("Conkey"), Fought & Company, Inc. ("Fought") and The Erection Company ("TEC") (all collectively referred to as the "Parties"), by and through their respective counsel of record herein, hereby stipulate as follows:

   1.    On or about July 24, 2014, Conkey commenced an action entitled *J.R. Conkey v. Walsh DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-03360-

PSG ("Conkey Action") by filing a complaint in the United States District Court for the Northern District of California, including a cause of action for recovery on Miller Act Payment Bond, pursuant to 40 U.S.C. §§ 3131-3134, relating to monies allegedly owed for work performed at a Veterans Administration ("VA") hospital in Palo Alto, California (the "Project").

2. On or about September 30, 2014, Fought commenced an action entitled *Fought v. Walsh DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-04401-HRL ("First Fought Action") by filing a complaint in the United States District Court for the Northern District of California, including a Miller Act Payment Bond claim for relief, pursuant to 40 U.S.C. §§ 3131 et seq., relating to monies allegedly owed for work performed on the Project.

3. On or about December 23, 2014, Fought commenced a second action entitled *Fought v. Walsh DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-05600-HRL ("Second Fought Action") by filing a complaint in the United States District Court for the Northern District of California, including a Miller Act Payment Bond claim for relief, pursuant to 40 U.S.C. §§ 3131 et seq., relating to monies allegedly owed for work performed on the Project;

4. As set forth in the parties' stipulation dated January 8, 2015, the Conkey Action, First Fought Action and Second Fought Action are all related within the meaning of Civil Local Rule 3-12, because the actions concern substantially the same parties and transaction or event. Accordingly, on January 8, 2015, the Court ordered the Conkey Action, First Fought Action, and Second Fought Action related.

5. On or about January 9, 2015, TEC commenced an action entitled *The Erection Company v. Travelers Casualty & Surety Company of America, et al.* (N.D. Cal.) Case No. 5:14-cv-00125-PSG ("TEC Action") by filing a complaint in the United States District Court for the Northern District of California that included a Miller Act Payment Bond claim for relief, pursuant to 40 U.S.C. §§ 3131 et seq., relating to monies allegedly owed for work performed on the Project.

6. The TEC Action is related to the Conkey Action, First Fought Action and Second Fought Action. The actions concern substantially the same parties because Fought, Travelers and Liberty are all parties to the First Fought Action, Second Fought Action and TEC Action. Furthermore, the actions concern substantially the same transaction or event because they all arise from work on the same Project stemming from contracts between Walsh and the Veterans Administration, and they all include claims being made on the same Miller Act bonds issued by Travelers and Liberty.

7. There will be unduly burdensome duplication of labor and expense and conflicting results if the cases are conducted before different judges because the payment issues are substantially the same in the Second Fought Action and TEC Action and because they concern substantially the same parties, similar facts and the same law.

8. The Parties herein stipulate and seek an order relating the TEC Action with the Conkey Action, First Fought Action and Second Fought Action.

**IT IS SO STIPULATED.**

DATED: March 27, 2015                     OLES MORRISON RINKER & BAKER, LLP

By: _____
MEGHAN A. DOURIS
CATHERINE W. DELOREY
Attorneys for THE ERECTION COMPANY

DATED: March 27, 2015                     HANSON BRIDGETT LLP

By: _____
ROBERT W. O'CONNOR
JOHN W. KLOTSCHE
Attorneys for FOUGHT & COMPANY, INC.

| | | |
|---|---|---|
| 1 | DATED: March 30, 2015 | MARKS, FINCH, THORNTON & BAIRD, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVID, S. DEMIAN<br>JEFFREY B. BAIRD |
| 5 | | CHRISTOPHER R. SILLARI<br>Attrneys for J.R. CONKEY & ASSOCIATES, INC. |
| 7 | DATED: March 30, 2015 | NEWMEYER & DILLION, LLP |
| 9 | | By: _____ |
| 10 | | J. BRIAN MORROW<br>Attorneys for WALSH/DEMARIA JOINT VENTURE V, WALTH CONSTRUCTION COMPANY, THE WALSH GROUP LTD. and DEMARIA BUILDING COMPANY, INC. |
| 13 | DATED: March 30, 2015 | CORFIELD FELD LLP |
| 15 | | By: _____ |
| 16 | | MICHAEL A. CORFIELD<br>NATLIE M. KELLOGG |
| 17 | | Attorneys for TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA and LIBERTY MUTUAL INSURANCE COMPANY |

| | | |
|---|---|---|
| 1 | DATED: March 30, 2015 | MARKS, FINCH, THORNTON & BAIRD, LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | DAVID, S. DEMIAN<br>JEFFREY B. BAIRD |
| 5 | | CHRISTOPHER R. SILLARI<br>Attrneys for J.R. CONKEY & ASSOCIATES, |
| 6 | | INC. |
| 7 | DATED: March 30, 2015 | NEWMEYER & DILLSON, LLP |
| 8 | | |
| 9 | | By:_____ |
| 10 | | J. BRIAN MORROW<br>Attorneys for WALSH/DEMARIA JOINT |
| 11 | | VENTURE V, WALTH CONSTRUCTION<br>COMPANY, THE WALSH GROUP LTD. and |
| 12 | | DEMARIA BUILDING COMPANY, INC. |
| 13 | | |
| 14 | DATED: March 30, 2015 | CORFIELD FELD LLP |
| 15 | | |
| 16 | | By:_/s/ Michael A. Corfield_____<br>MICHAEL A. CORFIELD |
| 17 | | NATLIE M. KELLOGG<br>Attorneys for TRAVELERS CASUALTY AND |
| 18 | | SURETY COMPANY OF AMERICA and<br>LIBERTY MUTUAL INSURANCE COMPANY |

# ~~PROPOSED~~ **ORDER**

THE COURT, HAVING REVIEWED AND CONSIDERED THE FOREGOING STIPULATION, AND GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS that the cases entitled *The Erection Company v. Travelers Casualty & Surety Company of America, et al.* (N.D. Cal.) Case No. 5:15-cv-00125-PSG, be deemed related to the cases entitled *J.R. Conkey v. Walsh DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-03360-PSG, *Fought v. Walsh DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-04401-PSG, and *Fought v. Walsh DeMaria Joint Venture V. et al.* (N.D. Cal.) Case No. 5:14-cv-05600-PSG, including related counter-claims and cross-claims, pursuant to L.R. 3-12 because the actions concern substantially the same parties, transaction or event and it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

**IT IS SO ORDERED.**

Dated: April 1, 2015

                                     *Paul S. Grewal*
                                     Magistrate Judge Paul S. Grewal